**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**XAVIER MOSLEY, #06070-003**                                      **PETITIONER**

**VERSUS**                                      **CIVIL ACTION NO. 5:07-cv-59-DCB-MTP**

**WARDEN CONSTANCE REESE, et al.**                                      **RESPONDENTS**

FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   8th   day of January, 2009.

                                                       s/ David Bramlette
                                                     UNITED STATES DISTRICT JUDGE